ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY:   SHERLE R. FLAGGMAN (019079)
      MAXINE S. MAK (031158)
      Deputy County Attorneys
      flaggmas@mcao.maricopa.gov
      makm@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602).506.4317
MCAO Firm No. 00032000
ca-civilmailbox@mcao.maricopa.gov

*Attorney for Defendants Maricopa County, Phillips, Burke, Schroeder, Contreras, Kohlmann, Saturday (1077H) & Aquino (CS565)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alicia Rollins as Personal Representative of The Estate of John Eric Rollins, Jr., for and on behalf of Alicia Rollins in her individual capacity; Kimberly Jackson; J'Da Rollins; and Nevaeh A. Bailey Rollins,<br><br>            Plaintiff,<br><br>v.<br><br>Maricopa County, a governmental entity; Director Grant Phillips, M.D. and Jane Doe Phillips individually and as husband and wife; Lindsey Burke, P.A. and John Doe Burke individually and as husband and wife; Bonnie Schroeder, P.A. and John/Jane Doe Schroeder individually | NO. CV20-00664-PHX-DWL (ESW)<br><br>**NOTICE OF DEPOSITION OF ASHLEY KELLY** |

and as husband and wife; Gayle Kohlmann, R.N. and John/Jane Doe Kohlmann individually and as husband and wife; Nathan Fischer, P.A. and John/Jane Doe Fischer individually and as husband and wife; Registered Nurse Jennifer Doe and John/Jane Doe individually and as husband and wife; Correctional Health Registered Nurse CS564; Correctional Health Registered Nurse CS565; Correctional Health Technician 1077H; Correctional Health Registered Nurse 1096H; Automotive Personnel Network d/b/a APN Staffing and Employment Solutions, an Arizona Limited Liability Corporation; Sanya Oluwaseun and John Doe Oluwaseun, individually and as husband and wife; John and Jane Does I-X; Black Corporations I-X; White Partnerships I-X,

          Defendants.

**YOU ARE HEREBY NOTIFIED** Pursuant to Fed. R. Civ. P. 30, that the deposition will be taken upon oral examination **via Zoom** by stenographic means of the person whose name is stated below at the time and place stated below before and office authorized by law administer oaths.

    **PERSON TO BE EXAMINED:**    Ashley Kelley

    **DATE AND TIME DEPOSITION:**    Monday, March 8, 2021
                                           9:00 a.m. (MST)

    **PLACE OF DEPOSITION:**    Arizona location:

                                            Griffin & Associates
                                            3200 E. Camelback Rd., Ste. 177
                                            Phoenix, AZ 85018

California location:

TBD

The undersigned certifies that copies of this notice have been served upon the persons listed, on the date below.

**RESPECTFULLY SUBMITTED** this 23rd day of February 2021.

      ALLISTER ADEL
      MARICOPA COUNTY ATTORNEY

     By /s/ Sherle R. Flaggman
      SHERLE R. FLAGGMAN
      MAXINE S. MAK
      Deputy County Attorneys
      *Attorneys for Defendants Maricopa County, Phillips, Burke, Schroeder, Contreras, Kohlmann, Saturday & Aquino*

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Dominic W. Lanza
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 621
401 West Washington Street, SPC 46
Phoenix, AZ 85003-2151

Honorable Eileen S. Willet
Magistrate Judge
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 321
401 West Washington Street, SPC 15
Phoenix, AZ 85003-2120

Ursula H. Gordwin, Esq.
GORDWIN LAW PLLC
1839 E. Queen Creek Rd., Ste. 1
Chandler, AZ 85286
ursula@gordwinlaw.com
*Attorney for Plaintiff*

Gina M. Bartoszek, Esq.
Carl F. Mariano, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2929 North Central Ave, Ste 1700
Phoenix, AZ 85012
Gina.bartoszek@lewisbriosbois.com
Carl.mariano@lewisbrisbois.com
*Attorney for Defendants Oluwaseun and APN*

COPY emailed to:

Griffin Group International
calendar@griffinreporters.com

/s/ R. Scott

S:\CIVIL\CIV\Matters\CJ\2019\Rollins v. MC, et al. CJ19-0080 MIDP\Pleadings\NOD Ashley.docx