Ursula H. Gordwin (Bar # 019104)
GORDWIN LAW PLLC
1839 E. Queen Creek Rd., Ste 1
Chandler, Arizona 85286
Telephone: (480) 786-1800
Facsimile: (480) 452-1183
Email: Ursula@gordwinlaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alicia Rollins as Personal Representative of The Estate of John Eric Rollins, Jr. for and on behalf of Alicia Rollins, in her individual capacity; Kimberly Jackson; J'Da Rollins; and Nevaeh A. Bailey Rollins,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County, a governmental entity; Grant Phillips, M.D. and Jane Doe Phillips individually and as husband and wife; PAC-Med individually and as husband and wife; Lindsey Burke, and John Doe Burke individually and as husband and wife; Bonnie Schroeder, and John Doe Schroeder individually and as husband and wife; Gayle Kohlmann and John Doe Kohlmann individually and as husband and wife; Jennifer Contreras and John Doe Contreras individually and as husband and wife; Correctional Health Registered Nurse CS564; Arlane Aquino and John Doe Aquino, individually and as husband and wife; Leslie Saturday and John Doe Saturday individually and as husband and wife; Automotive Personnel Network d/b/a APN Staffing and Employment Solutions, an Arizona Limited Liability Corporation; Sanya Oluwaseun and John Doe Oluwaseun, individually and as husband and wife; John and Jane Does I-X; Black Corporations I-X; White Partnerships I-X, | NO. CV−20−00664−PHX−DWL (ESW)<br><br>**PLAINTIFFS' FIRST SUPPLEMENTAL MANDATORY INITIAL DISCLOSURE STATEMENT** |

|   |   |
|---|---|
|   | ) |
| Defendants, | ) |

Plaintiff, Alicia Rollins, hereby gives notice that on March 04, 2021, all parties were served by e-mail the following:

Case file of Solano Superior Court Case# FFL118489 (County of Solano v. John E. Rollins with Ashley Kelly as the other parent).

DATED this 5th day of March, 2021

By:  /s/ Ursula H. Gordwin
     Ursula H. Gordwin
     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, Arizona 85003

Sherle R. Flaggman
Maxine S. Mak
Maricopa County Attorney's Office
222 North Central Avenue Suite 1100
Phoenix, Arizona 85004
flaggmas@mcao.maricopa.gov
mak@mcao.maricopa.gov
Attorneys for Defendants Maricopa County, Phillips, Burke, Schroeder, Kohlmann, Fischer, Saturday and Aquino

Gina M. Bartoszek
Carl F. Mariano
Lewis Brisbois Bisgaard & Smith, LLP
2929 N. Central Avenue, Suite 1700
Phoenix, Arizona 85012
Gina.bartoszek@lewisbrisbois.com
Carl.mariano@lewisbrisbois.com
Attorneys for Defendants Oluwaseun and APN

/s/Kate Pierce