ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY:   SHERLE R. FLAGGMAN (019079)
      MAXINE S. MAK (031158)
      Deputy County Attorneys
      flaggmas@mcao.maricopa.gov
      makm@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602).506.4317
MCAO Firm No. 00032000
ca-civilmailbox@mcao.maricopa.gov

*Attorney for Defendants Maricopa County, Phillips,
Burke, Schroeder, Contreras, Kohlmann, Saturday (1077H)
& Aquino (CS565)*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alicia Rollins as Personal Representative of The Estate of John Eric Rollins, Jr., for and on behalf of Alicia Rollins in her individual capacity; Kimberly Jackson; J'Da Rollins; and Nevaeh A. Bailey Rollins,<br><br>              Plaintiff,<br><br>v.<br><br>Maricopa County, a governmental entity; Director Grant Phillips, M.D. and Jane Doe Phillips individually and as husband and wife; Lindsey Burke, P.A. and John Doe Burke individually and as husband and wife; Bonnie Schroeder, P.A. and | NO. CV20-00664-PHX-DWL (ESW)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS PHILLIPS, BURKE, SCHROEDER, CONTRERAS, KOHLMANN, SATURDAY, AQUINO AND OLUWASEUN ONLY** |

John/Jane Doe Schroeder individually and as husband and wife; Gayle Kohlmann, R.N. and John/Jane Doe Kohlmann individually and as husband and wife; Nathan Fischer, P.A. and John/Jane Doe Fischer individually and as husband and wife; Registered Nurse Jennifer Doe and John/Jane Doe individually and as husband and wife; Correctional Health Registered Nurse CS564; Correctional Health Registered Nurse CS565; Correctional Health Technician 1077H; Correctional Health Registered Nurse 1096H; Automotive Personnel Network d/b/a APN Staffing and Employment Solutions, an Arizona Limited Liability Corporation; Sanya Oluwaseun and John Doe Oluwaseun, individually and as husband and wife; John and Jane Does I-X; Black Corporations I-X; White Partnerships I-X,

    Defendants.

The parties, by undersigned counsel, stipulate and agree to the dismissal with prejudice of Defendants Phillips, Burke, Schroeder, Contreras, Kohlmann, Saturday, Aquino and Oluwaseun only. Each party will bear their own attorney fees and costs.

**RESPECTFULLY SUBMITTED** this 12th day of October 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/ Sherle R. Flaggman
    SHERLE R. FLAGGMAN
    MAXINE S. MAK
    Deputy County Attorneys
    *Attorneys for Defendants Maricopa County, Phillips, Burke, Schroeder, Kohlmann, Fischer, Saturday (1077H) & Aquino (CS565)*

GORDWIN LAW PLLC

BY:  /s/ Ursula H. Gordwin (with permission)
        URSULA H. GORDWIN, ESQ.
        *Attorneys for Plaintiffs*


LEWIS BRISBOIS BISGAARD & SMITH, LLP

BY:  /s/ Gina M. Bartoszek (with permission)
        GINA M. BARTOSZEK, ESQ.
        CARL F. MARIANO, ESQ.
        *Attorneys for Defendant Oluwaseun*


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12th, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Dominic W. Lanza
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 621
401 West Washington Street, SPC 46
Phoenix, AZ 85003-2151

Honorable Eileen S. Willet
Magistrate Judge
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 321
401 West Washington Street, SPC 15
Phoenix, AZ 85003-2120

Ursula H. Gordwin, Esq.
GORDWIN LAW PLLC
1839 E. Queen Creek Rd., Ste. 1
Chandler, AZ 85286
ursula@gordwinlaw.com
*Attorney for Plaintiff*

/ / / /

Gina M. Bartoszek, Esq.
Carl F. Mariano, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
2929 North Central Ave, Ste 1700
Phoenix, AZ 85012
Gina.bartoszek@lewisbriosbois.com
Carl.mariano@lewisbrisbois.com
*Attorney for Defendant Oluwaseun*

/s/ R. Scott

\\Valley.ca.mcao.maricopa.gov\public\CIVIL\CIV\Matters\CJ\2019\Rollins v. MC, et al. CJ19-0080 MIDP\Pleadings\Stip to Dismiss RNs Only.docx