1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7             **FOR THE DISTRICT OF ARIZONA**
8
9    Alicia Rollins, et al.,                    No. CV-20-00664-PHX-DWL (ESW)
10                 Plaintiffs,                   **ORDER**
11   v.
12   Maricopa County, et al.,
13                 Defendants.
14
15          **IT IS ORDERED** granting the stipulation of dismissal (Doc. 57).
16          **IT IS FURTHER ORDERED** that all claims in the above-captioned case are
17   dismissed with prejudice, with each party bearing its own costs and attorneys' fees.
18          Dated this 29th day of October, 2021.
19
20
21                                              _____
22                                                      Dominic W. Lanza
                                                    United States District Judge
23
24
25
26
27
28